■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIPE LAYME, Appellant. [795 NYS2d 451]—Order, Supreme

Court, Bronx County (Ira R. Globerman, J.), entered on or about November 26, 2003, which denied defendant's CPL 440.10 motion to vacate a judgment of the same court and Justice, rendered March 5, 2002, convicting him, upon his plea of guilty, of assault in the second degree, and sentencing him to a term of two years, unanimously affirmed.

After a thorough hearing, the court properly denied defendant's motion to vacate judgment. There is no basis for disturbing the court's credibility determinations, which are supported by the record (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). The record establishes that defendant's plea was voluntary, and that his conviction was not the product of duress. Concur—Buckley, P.J., Tom, Mazzarelli, Ellerin and Gonzalez, JJ.